1  LISA I. DAMJI, Bar No. 204764
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90025-7120
3  Telephone: 310.820.8800
   Facsimile: 310.820.8859
4  Email:      ldamji@bakerlaw.com

5  Attorneys for Defendant and Counterclaimant
   REYNALDO'S MEXICAN FOOD
6  COMPANY, LLC





7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  CACIQUE, INC., a California                Case No. CV13- 1018 ODW (MLGx)
    corporation,
12                                             **DEFENDANT REYNALDO'S**
                      Plaintiff,               **MEXICAN FOOD COMPANY,**
13                                             **LLC'S APPLICATION TO FILE**
              v.                               **SETTLEMENT AGREEMENT**
14                                             **UNDER SEAL**
    REYNALDO'S MEXICAN FOOD
15  COMPANY, LLC, a Delaware limited           **(L.R. 79-5.1)**
    liability company; and DOES 1 - 10,
16  inclusive,                                 [Filed concurrently with (Proposed)
                                               Order on Application to File
17                   Defendants.               Settlement Agreement Under Seal,
                                               Settlement Agreement, Notice of
18                                             Manual Filing, and Notice of
                                               Electronic Filing]
19

20  REYNALDO'S MEXICAN FOOD
    COMPANY, LLC, a Delaware limited
21  liability company

22                   Counterclaimant,

23            v.

24  CACIQUE, INC., a California
    corporation; and DOES 1 - 10, inclusive,
25
                      Counterdefendant.
26

27

28

CV13- 1018 ODW (MLGx)

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Defendant and Counterclaimant Reynaldo's Mexican Food Company, LLC

2    ("Reynaldo's"), by and through its undersigned attorneys, pursuant to Local

3    Rule 79-5.1, applies to this Court for the entry of an order filing under seal the

4    Settlement Agreement it entered into on May 17, 2011 in the California Superior

5    Court action entitled *Fisher, et al. v. Hispanic Food Holdings, et al.* (Case No.

6    BC431228) (the "Settlement Agreement") and which it is manually filing

7    concurrently with this Application and Proposed Order Thereon.  The Settlement

8    Agreement is an exhibit to Reynaldo's Counterclaim in this matter.

9    In support of this Application, Reynaldo's states the following:

10    1.    Reynaldo's is asserting a Counterclaim against Plaintiff and

11    Counterdefendant Cacique, Inc. ("Plaintiff") for breach of the Settlement

12    Agreement executed in the *Fisher, et al.* action (the "Counterclaim").  Reynaldo's

13    Counterclaim asserts that the Settlement Agreement contains releases by MTK, Inc.

14    that bar Plaintiff's claims in this action because of Plaintiff's relationship to MTK,

15    Inc.  Reynaldo's Counterclaim further alleges that Plaintiff breached those releases

16    by commencing this litigation.  As part of the Counterclaim, Reynaldo's seeks to

17    attach the Settlement Agreement as Exhibit "A" to the Counterclaim.  In addition,

18    Reynaldo's seeks to attach the Settlement Agreement in support of its Fourth

19    Affirmative Defense in the Answer, which asserts that the Settlement Agreement

20    contains releases that bar Plaintiff's Complaint.

21    2.    Paragraph 12 of the Settlement Agreement contains a confidentiality

22    provision stating that its terms and conditions are strictly confidential.  Reynaldo's

23    therefore may only file the Settlement Agreement under seal.  Settlement

24    Agreement, ¶ 12.1, pp. 5-6.

25    3.    Accordingly, due to the confidentiality provision in the Settlement

26    Agreement, good cause exists for departing from the general policy of this Court

27    that all filings be matters of public record.  The Settlement Agreement, which

28    Reynaldo's seeks to attach as Exhibit "A" to the Counterclaim, should remain

DEFENDANT'S APPLICATION TO FILE
SETTLEMENT AGREEMENT UNDER SEAL

1  sealed until this case is fully resolved and disposed of by the Court.  Thereafter, the

2  Settlement Agreement filed with this Court should be destroyed.

3      4.    Filing the Settlement Agreement as a public record will work a clearly

4  defined and serious injury to the parties affected thereby in light of the

5  confidentiality provision contained in the Settlement Agreement.

6      WHEREFORE, Defendant and Counterclaimant Reynaldo's Mexican Food

7  Company, LLC respectfully requests that this Court file under seal the Settlement

8  Agreement.  The Settlement Agreement is being submitted concurrently herewith in

9  separately-sealed envelopes in accordance with Local Rule 79-5.1.

10

11  Dated:  April 16, 2013                    BAKER & HOSTETLER LLP

12

13                                    By:  _____

14                                        Lisa I. Damji

15                                    Attorneys for Defendant and Counterclaimant
                                       REYNALDO'S MEXICAN FOOD
16                                     COMPANY, LLC

17

18  602128973

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S APPLICATION TO FILE
SETTLEMENT AGREEMENT UNDER SEAL

**PROOF OF SERVICE**

*Cacique, Inc. v. Reynaldo's Mexican Food Company, LLC, et al.*
*USDC, Central District of California, Case No. CV13-01018 ODW (MLGx)*

I, Barbara J. Kennedy, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025-7120. On April 16, 2013, I served a copy of the within document(s): **DEFENDANT REYNALDO'S MEXICAN FOOD COMPANY, LLC'S APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL (L.R. 79-5.1) (WITH COPY OF SEALED DOCUMENT)**

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐     by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Jon M. Leader, Esq.            Attorney for Plaintiff
Leader Counsel               CACIQUE, INC.
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
Telephone: (310) 696-3300
Facsimile: (310) 696-3305
Email:     jleader@llaw.la

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. Executed on April 16, 2013, at Los Angeles, California.

*Barbara J. Kennedy*
Barbara J. Kennedy

602128973
CV13- 1018 ODW (MLGx)

DEFENDANT'S APPLICATION TO FILE SETTLEMENT
AGREEMENT UNDER SEAL

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES