**O**

# United States District Court
# Central District of California

| | |
|---|---|
| CACIQUE, INC., <br><br>     Plaintiff, <br><br>   v. <br><br> REYNALDO'S MEXICAN FOOD COMPANY, LLC, <br><br>     Defendant. | Case No. 2:13-cv-1018-ODW (JCGx) <br><br> **ORDER DENYING APPLICATION TO FILE MOTIONS IN LIMINE UNDER SEAL [158]** |

     The Court has received Defendant Reynaldo's Mexican Food Company, LLC's Application to File Motions In Limine Under Seal. (ECF No. 158.) Reynaldo's has only indicated, in very general terms, that portions of the expert reports submitted along with the Motions in Limine have been deemed "confidential" by Cacique. This is far from sufficient to warrant a court order sealing these documents. And the parties in this case should know better.

     The United States Supreme Court has recognized that it is "clear that the courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978) (footnote omitted). Similarly, the Ninth Circuit stated that there is a "strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). In order to override

this weighty presumption, a party must demonstrate "sufficiently compelling reasons" for sealing the documents.  *Id.*  Any request "must articulate compelling reasons supported by specific factual findings" why each individual exhibit merits filing under seal.  *Kamakana v. City & Cnty of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  A court will then balance the public's interest in accessing these documents with the confidentiality and potential for misuse of the information.  *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995).

Reynaldo's has not presented the Court with compelling reasons to seal the Motions in Limine.  The Court has reviewed all of the documentation submitted with the Motions in Limine and can find no reasonable basis for sealing the documents or any portion thereof.  The courts of this nation are open for any person—litigant or otherwise—to enter its halls, inspect its records, and see justice being done.  The Court will not deny the public that access.  Accordingly, the Court **DENIES** the Reynaldo's Application to File Under Seal.  (ECF No. 158.)  Reynaldo's is **ORDERED** to file its Motions in Limine and supporting documentation on the public docket by the end of business today.

**IT IS SO ORDERED.**

February 19, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**