UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| CACIQUE, INC., a California corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>REYNALDO'S MEXICAN FOOD COMPANY, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>       Defendants.<br><br>REYNALDO'S MEXICAN FOOD COMPANY, LLC, a Delaware limited liability company,<br><br>       Counter-claimant,<br><br>vs.<br><br>CACIQUE, INC., a California corporation; and DOES 1-10, inclusive,<br><br>       Counter-defendants. | Case No.: CV 13-1018-ODW (JCGx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER** |

Upon the consent of the Plaintiff, Cacique, Inc. ("Plaintiff") and the Defendant, Reynaldo's Mexican Food Company, L.L.C. ("Defendant"), the Court finds as follows:

1. The Court has jurisdiction over the parties and the subject matter of this lawsuit.

1

**CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER**

2. Plaintiff is a corporation organized and existing under the laws of the State of California, with its principal place of business in the City of Industry, County of Los Angeles, California.

4. Defendant is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in the City of Vernon, County of Los Angeles, California.

3. Plaintiff is the owner of U.S. Trademark Registration number 3,745,734. Plaintiff is also the owner of trade dress rights in two versions of its label for its queso fresco cheese as shown in Exhibits 1 and 2 to the Complaint. (The label designs shown in Plaintiff's Registration and in Exhibits 1 and 2 to the Complaint are referred to in this Order as "the Cacique Labels.")

4. Defendant has sold queso fresco cheese products using the label attached as Exhibit 3 to the Complaint (the "Reynaldo's Label").

6. Plaintiff and Defendant have entered into a Confidential Settlement Agreement and pursuant to that Confidential Settlement Agreement have executed this Consent Judgment and Permanent Injunction Order in order to settle the disputes between them and to avoid the costs of ongoing litigation.

THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** AS FOLLOWS:

1. Commencing ninety (90) days (the "Changeover Date"), Defendant and all agents, servants, employees, representatives, attorneys, subsidiaries, parents and assigns acting for or in concert with Defendant with knowledge of this Order (with Defendant to take reasonable steps to inform such persons of this Order), are thereafter permanently **ENJOINED FROM** using in commerce with cheese products of any kind the Reynaldo's Label, or any other cheese product label that is confusingly similar to the Cacique Labels. This Order shall not require Defendant to retrieve or recall product bearing the Reynaldo's Label that is placed in the stream

2

of commerce prior to the Changeover Date, and the sale of such products shall not constitute a violation of this Consent Judgment and Permanent Injunction Order.

2. Pursuant to *Kokkenen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), the Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment and Permanent Injunction.

3. Any proceeding before this Court to enforce the terms of this Consent Judgment shall be resolved by motions without the necessity of filing a new action.

4. The permanent injunction will remain in full force and effect in accordance with the Confidential Settlement Agreement unless and until modified by this Court.

5. All other claims for relief asserted in the Action, including all claims for monetary relief, are denied and dismissed with prejudice. Each Party shall bear its own costs and attorneys' fees incurred in connection with this Action, including but not limited to costs and fees incurred in connection with the Counterclaim filed by Defendant in this Action.

IT IS SO ORDERED.

March 26, 2014

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

Agreed as to form and content:

Jon M. Leader
Leader Counsel
Attorneys for
Plaintiff/Counterdefendant

Donna A. Tobin
Baker Hostetler LLP
Attorneys for
Defendant/Counterclaimant

3

CONSENT JUDGMENT AND PERMANENT INJUNCTION ORDER

603078735.1
603162660.1